# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-15361-MDC

CHARLES  SEWELL

4104 SOPHIA LANE

BOOTHWYN, PA 19061

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    CHARLES  SEWELL

    4104 SOPHIA LANE

    BOOTHWYN, PA 19061

Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, ESQ.
    JENSEN BAGNATO, P.C.
    1500 WALNUT ST., STE 1920
    PHILA, PA 19102-

Date: 4/10/2018

                                                        /S/ William C. Miller
                                                        _____
                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee