**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia Division)**

| | | |
|---|---|---|
| IN RE: | * | |
| CHARLES SEWELL | * | Case No. 17-15361-mdc |
| | | (Chapter 13) |
| Debtor | * | |
| * * * * * * * * * * * * | | |
| NAVY | * | |
| FEDERAL CREDIT UNION | | Judge Coleman |
| | * | Date:  05/01/2018 |
| Movant | | Time:  10:30 AM |
| | * | Courtroom 2 |
| v. | | |
| | * | |
| CHARLES SEWELL | | |
| (Debtor) | * | |
| AND | * | |
| WILLIAM C. MILLER | * | |
| Chapter 13 Trustee | | |
| | * | |
| Respondents | | |
| * * * * * * * * * * * * | | |

**NOTICE OF MOTION FOR RELIEF AND HEARING THEREON**

Navy Federal Credit Union has filed papers with the Court requesting relief from the automatic stay as to the 2010 Acura RDX, VIN # 5J8TB1H27AA006913 currently in possession of Charles Sewell under Section 11 U.S.C. Section 362(d).  **YOUR RIGHTS MAY BE AFFECTED.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If your do not have an attorney, you may wish to consult one.)

54981

If you do not wish the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then within **fourteen (14) days** **(Objection Due Date 04/19/2018)** from the date of service of this motion, you or your attorney must file a written response explaining your position with the Court at the following address:

> United States Bankruptcy Court for the Eastern District of Pennsylvania
> Robert N.C. Nix, Sr. Federal Courthouse
> 900 Market Street, Suite 400
> Philadelphia, PA 19107

and serve a copy on the Movant attorney at the address shown below. Unless a written response is filed and served within the fourteen (14) day period, the court may deem your opposition waived, treat the motion as conceded, and issue and order granting the requested relief.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the expiration of the fourteen (14) day period.

Attend the preliminary hearing scheduled to be held on **May 1, 2018 at 10:30 AM** in Courtroom 2 of the Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

DATED: 04/05/18                    /s/ Douglas R. Blecki, Jr.
                                   DOUGLAS R. BLECKI, Jr., Esq.
                                   11200 Rockville Pike, Ste. 520
                                   N. Bethesda, Maryland 20852
                                   Phone: (301) 468-4990
                                   Fax:   (301) 468-0215
                                   dblecki@silvermanlegal.com
                                   *Attorney for Navy Federal Credit Union*

54981