# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (Philadelphia Division)

| | | |
|---|---|---|
| IN RE: | * | |
| CHARLES SEWELL | * | Case No. 17-15361-mdc |
| | | (Chapter 13) |
| Debtor | * | |
| * * * * * * * * * * * * | | |
| NAVY FEDERAL CREDIT UNION | * | |
| | | Judge Coleman |
| | * | Date: 05/01/2018 |
| Movant | | Time: 10:30 AM |
| | * | Courtroom 2 |
| v. | | |
| | * | |
| CHARLES SEWELL, et al (Debtor) | * | |
| Respondents | * | |
| * * * * * * * * * * * * | | |

## CERTIFICATION OF NO RESPONSE

Comes now, your Movant, Navy Federal Credit Union ("Navy"), by and through undersigned counsel, and files this Certification that no response has been filed to Navy's Motion for Relief from Stay, and the deadline for filing a response or objection has passed.

/s/ Douglas R. Blecki, Jr.
DOUGLAS R. BLECKI, Jr., Esq.
11200 Rockville Pike, Ste. 520
N. Bethesda, Maryland 20852
Phone: (301) 468-4990
Fax:    (301) 468-0215
dblecki@silvermanlegal.com
***Attorney for Navy Federal Credit Union***

## CERTIFICATE OF SERVICE

I, Douglas R. Blecki, Jr., Esq. of 11200 Rockville Pike, certify that I am, and at all times hereinafter mentioned was, 18 years of age or older; and

That on the 26th day of April, 2018 the foregoing Certificate of No Response was served by first-class mail, postage prepaid, or via ECF, on:

Charles Sewell
4104 Sophia Lane
Boothwyn, PA 19061
(Debtor)

Erik B. Jensen
Jensen Bagnato PC
1500 Walnut St
Suite 1920
Philadelphia PA 19102
(Counsel for Debtor)

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA 19107
(Chapter 13 Trustee)

/s/ Douglas R. Blecki, Jr.
DOUGLAS R. BLECKI, Jr., Esq.
*Attorney for Navy Federal Credit Union*