**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia Division)**

| | | |
|---|---|---|
| IN RE: | * | |
| CHARLES SEWELL | * | Case No. 17-15361-mdc (Chapter 13) |
| Debtor | * | |
| * * * * * * * * * * * * | | |
| NAVY FEDERAL CREDIT UNION | * | Judge Coleman |
| | * | Date:  7/31/2018 |
| Movant | | Time:  10:30 AM |
| | * | Courtroom 2 |
| v. | * | |
| CHARLES SEWELL (Debtor) | * | |
| AND | * | |
| WILLIAM C. MILLER Chapter 13 Trustee | * | |
| | * | |
| Respondents | | |
| * * * * * * * * * * * * | | |

## CONSENT ORDER

THIS MATTER came before the court, on Motion of Navy Federal Credit Union by and through its undersigned counsel, for relief from the automatic stay with respect to one 2010 Acura

54981

RDX, VIN # 5J8TB1H27AA006913 ("the vehicle") which secures debt held by Movant. Both parties, by counsel, consent to the terms contained in this Order.

Accordingly, it is this __20th__ day of __August__, 2018 **ORDERED**:

1. That the Debtor shall immediately resume monthly payments beginning with the April 2018 monthly payment in the amount of $374.70 and continue monthly payments pursuant to the terms of the agreement between the parties..

2. That the Debtor shall cure the post petition arrears in the amount of $4,445.10 including attorneys fees and costs in the amount of $750.00 and $181.00 respectively as follows:

    a. Monthly payments of $562.05 to be paid on or before the last day of each month for the months of August 2018 through November 2018;

    b. Monthly payments of $439.38 to be paid on or before the last day of each month for the months of December 2018 through April 2019.

**TIME IS OF THE ESSENCE OF ALL PAYMENTS HEREUNDER**

3. That payments shall be made payable to directly to Navy Federal Credit Union.

4. That, if any payment required to made hereunder is not received by the date it is due, Debtor shall be deemed in default of this Order.

5. That if Debtor is in default, Movant's attorney shall file an affidavit with this Court stating the amount due under this Order and shall mail a copy to Debtor and Debtor's attorney. If Debtor does not cure the default within ten (10) days of the Certificate of Service, then the automatic stay shall be lifted as to the vehicle and Movant shall be free to repossess and sell it without any further proceedings in this Court.

IT IS FURTHER **ORDERED,**

54981

6. That if Debtor converts this case to another Chapter of the U.S. Bankruptcy Code, the automatic stay at 11 U.S.C § 362(a) shall be terminated as to the debtor's interest in the vehicle without further proceedings in this Court.

IT IS FURTHER **ORDERED** that the fourteen (14) day stay of relief from stay pursuant to Rule 4001(a)(3) is hereby waived.

*Magdeline D. Coleman*
_____
Judge, U.S. Bankruptcy Court

WE ASK FOR THIS:

/s/ Douglas R.Blecki, Jr. Esq.
Douglas R. Blecki, Jr.
Silverman Theologou, LLP
11200 Rockville Pike, Ste. 520
N. Bethesda, Maryland 20852
Phone: (301) 468-4990
*dblecki@silvermanlegal.com*
**Attorney for Movant**


/s/ Akeem Parsons, Esq.
Akeem Parsons
Jensen Bagnato PC
1500 Walnut St Suite 1920
Philadelphia PA 19102
**Counsel for Debtor**


_____
William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA 19107
**Chapter 13 Trustee**


cc:    Douglas Blecki
       Akeem Parsons
       Debtor
       William Miller

**End of Order**