United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 17-15361-mdc
Charles Sewell                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: John                  Page 1 of 1                    Date Rcvd: Aug 20, 2018
                                Form ID: pdf900             Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2018.
db             +Charles Sewell,    4104 Sophia Lane,    Boothwyn, PA 19061-2806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 21 2018 02:25:20      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 21 2018 02:24:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 21 2018 02:25:08      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 21 2018 02:25:40      Navy Federal Credit Union,
                 PO Box 3500,    Merrifield, VA 22119-3500
13983062       +E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 21 2018 02:25:40      NAVY FEDERAL CREDIT UNION,
                 PO BOX 3000,    MERRIFIELD, VA 22119-3000
13963952       +E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 21 2018 02:25:40      Navy Federal Cr Union,
                 820 Follin Lane Se,    Vienna, VA 22180-4907
13963951        E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 21 2018 02:25:40      Navy Federal Cr Union,
                 1 Security Place,    Merrifield, VA 22116
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2018 at the address(es) listed below:
              DOUGLAS RICHARD BLECKI    on behalf of Creditor    Navy Federal Credit Union
               dblecki@princelawfirm.com
              ERIK B. JENSEN    on behalf of Debtor Charles  Sewell akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia Division)**

| | | |
|---|---|---|
| IN RE: | * | |
| CHARLES SEWELL | * | Case No. 17-15361-mdc |
| | | (Chapter 13) |
| Debtor | * | |
| * * * * * * * | * * * * * | |
| NAVY | * | |
| FEDERAL CREDIT UNION | | Judge Coleman |
| | * | Date:  7/31/2018 |
| Movant | | Time:  10:30 AM |
| | * | Courtroom 2 |
| v. | | |
| | * | |
| CHARLES SEWELL | | |
| (Debtor) | * | |
| AND | * | |
| WILLIAM C. MILLER | * | |
| Chapter 13 Trustee | | |
| | * | |
| Respondents | | |
| * * * * * * * | * * * * * | |

**<u>CONSENT ORDER</u>**

THIS MATTER came before the court, on Motion of Navy Federal Credit Union by and

through its undersigned counsel, for relief from the automatic stay with respect to one 2010 Acura

54981

RDX, VIN # 5J8TB1H27AA006913 ("the vehicle") which secures debt held by Movant. Both parties, by counsel, consent to the terms contained in this Order.

Accordingly, it is this __20th__ day of __August__, 2018 **ORDERED**:

1. That the Debtor shall immediately resume monthly payments beginning with the April 2018 monthly payment in the amount of $374.70 and continue monthly payments pursuant to the terms of the agreement between the parties..

2. That the Debtor shall cure the post petition arrears in the amount of $4,445.10 including attorneys fees and costs in the amount of $750.00 and $181.00 respectively as follows:

    a. Monthly payments of $562.05 to be paid on or before the last day of each month for the months of August 2018 through November 2018;

    b. Monthly payments of $439.38 to be paid on or before the last day of each month for the months of December 2018 through April 2019.

**TIME IS OF THE ESSENCE OF ALL PAYMENTS HEREUNDER**

3. That payments shall be made payable to directly to Navy Federal Credit Union.

4. That, if any payment required to made hereunder is not received by the date it is due, Debtor shall be deemed in default of this Order.

5. That if Debtor is in default, Movant's attorney shall file an affidavit with this Court stating the amount due under this Order and shall mail a copy to Debtor and Debtor's attorney. If Debtor does not cure the default within ten (10) days of the Certificate of Service, then the automatic stay shall be lifted as to the vehicle and Movant shall be free to repossess and sell it without any further proceedings in this Court.

IT IS FURTHER **ORDERED,**

6. That if Debtor converts this case to another Chapter of the U.S. Bankruptcy Code, the automatic stay at 11 U.S.C § 362(a) shall be terminated as to the debtor's interest in the vehicle without further proceedings in this Court.

IT IS FURTHER **ORDERED** that the fourteen (14) day stay of relief from stay pursuant to Rule 4001(a)(3) is hereby waived.

*Magdalene D. Coleman*
_____
Judge, U.S. Bankruptcy Court

WE ASK FOR THIS:

/s/ Douglas R.Blecki, Jr. Esq.
Douglas R. Blecki, Jr.
Silverman Theologou, LLP
11200 Rockville Pike, Ste. 520
N. Bethesda, Maryland 20852
Phone: (301) 468-4990
*dblecki@silvermanlegal.com*
**Attorney for Movant**


/s/ Akeem Parsons, Esq.
Akeem Parsons
Jensen Bagnato PC
1500 Walnut St Suite 1920
Philadelphia PA 19102
**Counsel for Debtor**


_____
William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA 19107
**Chapter 13 Trustee**


cc:    Douglas Blecki
       Akeem Parsons
       Debtor
       William Miller

**End of Order**

3

54981