UNITED STATES BANKRUPTCY COURT
Eastern District Of Pennsylvania

| | | |
|---|---|---|
| IN RE: | § § | |
| CHARLES SEWELL | § | CASE NO. 17-15361 |
| DEBTOR(S) | § | CHAPTER 13 |
| | § § | |

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

**(DOCKET NO.** 45, **CLAIM NO**. 7**)**

COMES NOW, AIS Portfolio Services, LP, as authorized agent for New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, files this Notice of Withdrawal of the Transfer of Claim, filed in the above-styled and numbered case on November 26, 2018, docket number 45.

Respectfully Submitted by
/s/ Ashish Rawat
AIS Portfolio Services, LP.
Authorized Agent for Shellpoint Mortgage Servicing