UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Charles Sewell

                Debtor(s).

13

Bky No. 17-15361-mdc

**ORDER**

      AND NOW, this 26th day of February 2019, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

      **ORDERED** that counsel fees in the amount $3,000.00 less $1,500.00 already paid with a remaining balance of $1,500.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

      **BY THE COURT:**

*Magdeline D. Coleman*
_____
Hon. Magdeline D. Coleman
**U.S. BANKRUPTCY JUDGE**

CC:    **Jensen Bagnato, P.C.**
         **ERIK B. JENSEN, ESQUIRE**
         **1500 Walnut Street**
         **Suite 1920**
         **Philadelphia, PA   19102**

         William C. Miller, Esquire
         Chapter 13 Trustee
         Post Office Box 40119
         Philadelphia, PA 19106

******************************************

         Charles Sewell
         4104 Sophia Lane
         Boothwyn, PA 19061