United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Charles Sewell  
　　　Debtor

Case No. 17-15361-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: YvetteWD      Page 1 of 1      Date Rcvd: Feb 26, 2019
　　　　　　　　　　　　Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2019.
db　　　　　+Charles Sewell,   4104 Sophia Lane,   Boothwyn, PA 19061-2806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2019　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2019 at the address(es) listed below:
　　　　DOUGLAS RICHARD BLECKI    on behalf of Creditor    Navy Federal Credit Union
　　　　　dblecki@princelawfirm.com
　　　　ERIK B. JENSEN    on behalf of Debtor Charles  Sewell akeem@jensenbagnatolaw.com,
　　　　　gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
　　　　KEVIN G. MCDONALD    on behalf of Creditor    HomeBridge Financial Services, Inc.
　　　　　bkgroup@kmllawgroup.com
　　　　REBECCA ANN SOLARZ    on behalf of Creditor    HomeBridge Financial Services, Inc.
　　　　　bkgroup@kmllawgroup.com
　　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
　　　　WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Charles Sewell

                Debtor(s).

13

Bky No. 17-15361-mdc

## ORDER

**AND NOW,** this 26th day of _____February_____ 2019, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,000.00 less $1,500.00 already paid with a remaining balance of $1,500.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

_____
Hon. Magdeline D. Coleman
**U.S. BANKRUPTCY JUDGE**

CC:    **Jensen Bagnato, P.C.
ERIK B. JENSEN, ESQUIRE
1500 Walnut Street
Suite 1920
Philadelphia, PA   19102**

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

******************************************

Charles Sewell
4104 Sophia Lane
Boothwyn, PA 19061