## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Charles Sewell, | : | |
| Debtor. | : | Bankruptcy No.  17-15361-MDC |

# **O R D E R**

**AND NOW**, Charles Sewell (the "Debtor") and NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Movant") having reported to the Court on July 27, 2021 (the "Notice Date"), that the Motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing for Relief from Automatic Stay Under Section 352 and Co-Debtor Stay ("Motion") was settled.[1]

**AND**, pursuant to Local Bankruptcy Rule 7041-2, the parties were required to file the necessary Stipulation within thirty (30) days after notifying the Court that a settlement has been reached.

**AND**, the parties having failed to file timely an appropriate Stipulation within thirty (30) days after the Notice Date.

It is hereby **ORDERED** that the parties shall file an appropriate Stipulation by **September 20, 2021**, or the Motion will be dismissed without further notice.

Date:  September 12, 2021

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Erik B. Jensen, Esquire
Jeffrey M. Carbino, Esquire
Jensen Bagnato, PC
1500 Walnut Street, Suite 1510
Philadelphia, PA 19102

---

[1] Bankr. Docket No. 86.

Joshua I. Goldman, Esquire
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912