United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-15361-mdc |
| Charles Sewell | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 13, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles Sewell, 4104 Sophia Lane, Boothwyn, PA 19061-2806 |
| cr | + | New Penn Financial, LLC d/b/a Shellpoint Mortgage, Shellpoint Mortgage Servicing, P.O. BOX 10675, GREENVILLE, SC 29603-0675 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 13 2021 23:38:00 | Navy Federal Credit Union, PO Box 3500, Merrifield, VA 22119-3500 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2021         Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:

**Name**                                **Email Address**

DOUGLAS RICHARD BLECKI
    on behalf of Creditor Navy Federal Credit Union dblecki@princelawfirm.com

ERIK B. JENSEN
    on behalf of Debtor Charles Sewell erik@jensenbagnatolaw.com
    jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

JEFFREY M. CARBINO

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 13, 2021 | Form ID: pdf900 | Total Noticed: 3 |

|  |  |
|---|---|
|  | on behalf of Debtor Charles Sewell jeffrey@jensenbagnatolaw.com jeffreycarbino@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor HomeBridge Financial Services  Inc. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor HomeBridge Financial Services  Inc. bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Charles Sewell, | : | |
| Debtor. | : | Bankruptcy No.  17-15361-MDC |

# O R D E R

AND NOW, Charles Sewell (the "Debtor") and NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Movant") having reported to the Court on July 27, 2021 (the "Notice Date"), that the Motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing for Relief from Automatic Stay Under Section 352 and Co-Debtor Stay ("Motion") was settled.[1]

AND, pursuant to Local Bankruptcy Rule 7041-2, the parties were required to file the necessary Stipulation within thirty (30) days after notifying the Court that a settlement has been reached.

AND, the parties having failed to file timely an appropriate Stipulation within thirty (30) days after the Notice Date.

It is hereby **ORDERED** that the parties shall file an appropriate Stipulation by **September 20, 2021**, or the Motion will be dismissed without further notice.

Date:  September 12, 2021

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Erik B. Jensen, Esquire
Jeffrey M. Carbino, Esquire
Jensen Bagnato, PC
1500 Walnut Street, Suite 1510
Philadelphia, PA 19102

---

[1] Bankr. Docket No. 86.

Joshua I. Goldman, Esquire
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912