IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | : CHAPTER 13 |
| Charles Sewell | : BANKRUPTCY NO.: 17-15361-mdc |

**PRAECIPE TO WITHDRAW**

    Kindly withdraw the Motion to Approve Sale of a Certain Real Property Free and Clear of Liens, Claims and Encumbrances, filed on October 8, 2021.

Respectfully submitted,

/s/ Erik B. Jensen_____

Date: 10/8/21

Erik B. Jensen, Esquire
Jensen Bagnato, P.C.
1500 Walnut Street, Suite 1510
Philadelphia PA 19102