## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    :        **Chapter 13**

        Charles Sewell                       :

        **Debtor**                                 :        **Bky. No. 17-15361-MDC**

## ORDER

    **AND NOW**, upon consideration of the Motion to Expedite Hearing on Debtor's Motion to Sell Real Property Free and Clear ("the Motion"), it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A  hearing to consider the Motion shall be and hereby is scheduled on <u>October 26, 2021</u>, at <u>11:00 a.m.</u>, **in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 2, Philadelphia, Pennsylvania, 19107.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on** <u>October 15, 2021</u>,

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail **no later than 5:00 p.m. on** <u>October 15, 2021</u>.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.


**Date:** <u>October 12, 2021</u>      *Magdeline D. Coleman*

                        **MAGDELINE D. COLEMAN**
                        **CHIEF U.S. BANKRUPTCY JUDGE**