United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                      Case No. 17-15361-mdc

Charles Sewell                                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                         User: admin                                                          Page 1 of 2

Date Rcvd: Oct 12, 2021                              Form ID: pdf900                                         Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|--------|------------|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|----------|---|----------------------------|
| db | + | Charles Sewell, 4104 Sophia Lane, Boothwyn, PA 19061-2806 |
| cr | + | New Penn Financial, LLC d/b/a Shellpoint Mortgage, Shellpoint Mortgage Servicing, P.O. Box 10826, GREENVILLE, SC 29603-0826 |
| cr | | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |
| cr | + | New Penn Financial, LLC d/b/a Shellpoint Mortgage, Shellpoint Mortgage Servicing, P.O. BOX 10675, GREENVILLE, SC 29603-0675 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|----------|---|----------------------------|-----------|----------------------------|
| cr | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 13 2021 03:30:00 | Navy Federal Credit Union, PO Box 3500, Merrifield, VA 22119-3500 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2021                              Signature:              /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| DOUGLAS RICHARD BLECKI | on behalf of Creditor Navy Federal Credit Union dblecki@princelawfirm.com |
| ERIK B. JENSEN | on behalf of Debtor Charles Sewell erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956 |

@notify.bestcase.com;jeffrey@jensenbagnatolaw.com

JEFFREY M. CARBINO

on behalf of Debtor Charles Sewell jeffrey@jensenbagnatolaw.com
jeffreycarbino@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com

JOSHUA I. GOLDMAN

on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING Josh.Goldman@padgettlawgroup.com
angelica.reyes@padgettlawgroup.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD

on behalf of Creditor HomeBridge Financial Services  Inc. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor HomeBridge Financial Services  Inc. bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                     :        **Chapter 13**
                        Charles Sewell      :
                        **Debtor**          :        **Bky. No. 17-15361-MDC**

## ORDER

AND NOW, upon consideration of the Motion to Expedite Hearing on Debtor's Motion to Sell Real Property Free and Clear ("the Motion"), it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on _October 26, 2021_, at _11:00 a.m._, in the **United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 2, Philadelphia, Pennsylvania, 19107.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on** _October 15, 2021_.

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail **no later than 5:00 p.m. on** _October 15, 2021_.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**Date:** _October 12, 2021_      _Magdeline D. Coleman_

**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**