**IN THE UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHARLES SEWELL | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE | ) | |
| SERVICING | ) | CASE NO. 17-15361-MDC |
| MOVANT | ) | |
| | ) | |
| VS. | ) | 11 U.S.C. SECTION 362 |
| CHARLES SEWELL | ) | |
| DEBTOR | ) | |
| | ) | |
| WILLIAM C. MILLER, ESQ | ) | |
| TRUSTEE | ) | |

**PRAECIPE TO RELIST FOR HEARING THE MOTION FOR RELIEF**
**FILED ON APRIL 19, 2021 (D.E. 86)**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly relist for hearing the Motion for Relief from Stay and Co-Debtor Stay Filed by NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, which was filed with this Court on or about **April 19, 2021, docket number 86.** The Stipulation was originally due on September 20, 2021, but the parties have been unable to finalize the Stipulation.

Respectfully submitted,

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 9th day of November 2021.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

**SERVICE LIST (CASE NO. 17-15361-MDC)**

DEBTOR
CHARLES SEWELL
4104 SOPHIA LANE
BOOTHWYN, PA 19061

NON-FILING CO-DEBTOR
CYNTHIA KING AKA CYNTHIA SEWELL
4104 SOPHIA LANE
BOOTHWYN, PA 19061

ATTORNEY FOR DEBTOR
JEFFREY M. CARBINO
JENSEN BAGNATO, PC
1500 WALNUT ST.
SUITE 1510
PHILADELPHIA, PA 19102

TRUSTEE
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

U.S. TRUSTEE
UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106