**IN THE UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHARLES SEWELL | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE | ) | |
| SERVICING | ) | CASE NO. 17-15361-MDC |
| MOVANT | ) | |
| | ) | |
| VS. | ) | 11 U.S.C. SECTION 362 |
| CHARLES SEWELL | ) | |
| DEBTOR | ) | |
| | ) | |
| WILLIAM C. MILLER, ESQ | ) | |
| TRUSTEE | ) | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND**
**HEARING DATE**

NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING has filed a Motion for Relief from Stay, with the court for Relief from the Automatic Stay of Section 362.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion, then on or before **Answer Filed May 3, 2021** you or your attorney must do all of the following:
    (a)    file an answer explaining your position at:

        United States Bankruptcy Court
        Robert N.C. Nix Building
        900 Market Street, Suite 400
        Philadelphia, PA  19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to Movant's attorney:
        Joshua I. Goldman, Esq.
        PADGETT LAW GROUP
        6267 Old Water Oak Road, Suite 203
        Tallahassee, FL 32312

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

       3.     A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman, the United States Bankruptcy Judge, in Courtroom #2 at the United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299 on **January 4, 2022 at 10:30a.m.,** or as soon thereafter as counsel can be heard, to consider the motion.

       4.     You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

       5.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

       /s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

November 16, 2021

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 16th day of November.

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## **SERVICE LIST (CASE NO. 17-15361-MDC)**

DEBTOR
CHARLES SEWELL
4104 SOPHIA LANE
BOOTHWYN, PA 19061

NON-FILING CO-DEBTOR
CYNTHIA KING AKA CYNTHIA SEWELL
4104 SOPHIA LANE
BOOTHWYN, PA 19061

ATTORNEY FOR DEBTOR
JEFFREY M. CARBINO
JENSEN BAGNATO, PC
1500 WALNUT ST.
SUITE 1510
PHILADELPHIA, PA 19102

TRUSTEE
WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

U.S. TRUSTEE
UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106