IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13** |
| | : | |
| **Charles Sewell** | : | |
| | : | **No. 17-15361-mdc** |
| **Debtor(s)** | : | |
| | : | |

## **CERTIFICATE OF NO OBJECTION**

    I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor(s), do hereby certify that no objection to the Motion to Sell Property Free and Clear of Liens under Section 363(f) has been filed.

    WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion.

/s/ Erik B. Jensen
Erik B. Jensen, Esquire
*Attorney for Debtor(s)*