# IN THE UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHARLES SEWELL ) | CHAPTER 13 |
| DEBTOR ) | |
| ) | |
| NEWREZ LLC D/B/A SHELLPOINT ) | |
| MORTGAGE SERVICING ) | CASE NO. 17-15361-MDC |
| MOVANT ) | |
| ) | |
| VS. ) | 11 U.S.C. Section 362 |
| CHARLES SEWELL ) | |
| DEBTOR ) | |
| ) | |
| WILLIAM C. MILLER, ESQ ) | |
| TRUSTEE ) | |

## **PRAECIPE TO WITHDRAW MOTION FOR RELIEF**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, which was filed with this Court on or about **April 19, 2021, docket number 86.**

        Respectfully submitted,

        /s/ Joshua I. Goldman

        Joshua I. Goldman, Esq.
        Pennsylvania Bar #205047
        PADGETT LAW GROUP
        6267 Old Water Oak Road, Suite 203
        Tallahassee, FL 32312
        (850) 422-2520 (telephone)
        (850) 422-2567 (facsimile)
        josh.goldman@padgettlawgroup.com
        *Counsel for Creditor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 30th day of December 2021.

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## SERVICE LIST (CASE NO. 17-15361-MDC)

DEBTOR
CHARLES SEWELL
4104 SOPHIA LANE
BOOTHWYN, PA 19061

NON-FILING CO-DEBTOR
CYNTHIA KING AKA CYNTHIA SEWELL
4104 SOPHIA LANE
BOOTHWYN, PA 19061

ATTORNEY FOR DEBTOR
ERIK B. JENSEN
JENSEN BAGNATO, PC
1500 WALNUT ST.
SUITE 1510
PHILADELPHIA, PA 19102

TRUSTEE
WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

U.S. TRUSTEE
UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106