IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Charles Sewell | : | No. 17-15361-mdc |
| | : | |
| Debtor | : | |
| | : | |

## **CERTIFICATE OF NO OBJECTION**

    I, Erik Jensen, Esquire, Attorney for the above-named Debtor, do hereby certify that no objection to the Motion to Modify Plan After Confirmation has been filed.

    WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion.

Date:12/30/21　　　　　　　　　　　　　　　　　　　/s/ Erik Jensen_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Erik Jensen, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Debtor*