IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                                      : CHAPTER 13

    Charles Sewell                            : BANKRUPTCY NO.:  17-15361-mdc

**PRAECIPE TO WITHDRAW WITHOUT PREJUDICE**

    Kindly withdraw the Supplemental Application for Compensation of Counsel Fees, filed on November 5, 2021.

                                                  Respectfully submitted,

                                                  /s/ Erik B. Jensen
Date: 2/10/22                                  Erik B. Jensen, Esquire
                                                  Jensen Bagnato, P.C.
                                                  1500 Walnut Street, Suite 1510
                                                  Philadelphia PA 19102