United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Charles Sewell  
    Debtor

Case No. 17-15361-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 28, 2022      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Charles Sewell, 4104 Sophia Lane, Boothwyn, PA 19061-2806 |
| 13963950 | + | Delaware County Judicial Support, 201 West Front Street, Media, PA 19063-2760 |
| 14027172 | + | HomeBridge Financial Services, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14599692 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Joshua I. Goldman, Esq., PADGETT LAW GROUP, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 13975323 | + | Rebecca A. Solarz, Esquire, KML Law Group, P.C., Atty for Cenlar FSB, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 28 2022 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 28 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 28 2022 23:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 28 2022 23:48:00 | Navy Federal Credit Union, PO Box 3500, Merrifield, VA 22119-3500 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Feb 28 2022 23:48:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, Shellpoint Mortgage Servicing, P.O. BOX 10675, GREENVILLE, SC 29603-0675 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Feb 28 2022 23:48:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, Shellpoint Mortgage Servicing, P.O. Box 10826, GREENVILLE, SC 29603-0826 |
| 13963949 | + | Email/Text: clientservices@credit-control.com | Feb 28 2022 23:48:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 13996523 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 28 2022 23:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 13983062 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 28 2022 23:48:00 | NAVY FEDERAL CREDIT UNION, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 13963952 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 28 2022 23:48:00 | Navy Federal Cr Union, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 13963951 | | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 28 2022 23:48:00 | Navy Federal Cr Union, 1 Security Place, Merrifield, VA 22116 |
| 14250397 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 28 2022 23:48:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, Servicing, Shellpoint Mortgage |

| Recip ID | Bypass/Delivery | Date/Time | Address |
|---|---|---|---|
| | | | Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14235024 | Email/Text: mtgbk@shellpointmtg.com | Feb 28 2022 23:48:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |
| 13974099 | Email/PDF: ebn_ais@aisinfo.com | Feb 28 2022 23:55:53 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14001731 | Email/PDF: ebn_ais@aisinfo.com | Feb 28 2022 23:55:45 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13963953 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 28 2022 23:48:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 02, 2022              Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2022 at the address(es) listed below:

**Name**           **Email Address**

DOUGLAS RICHARD BLECKI
                   on behalf of Creditor Navy Federal Credit Union dblecki@princelawfirm.com

ERIK B. JENSEN
                   on behalf of Debtor Charles Sewell erik@jensenbagnatolaw.com
                   jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

JEFFREY M. CARBINO
                   on behalf of Debtor Charles Sewell Jeff.Carbino@offitkurman.com
                   jeffreycarbin@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com

JOSHUA I. GOLDMAN
                   on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING Josh.Goldman@padgettlawgroup.com
                   angelica.reyes@padgettlawgroup.com

KENNETH E. WEST
                   ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
                   on behalf of Creditor HomeBridge Financial Services  Inc. bkgroup@kmllawgroup.com

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Feb 28, 2022 Form ID: pdf900 Total Noticed: 21

REBECCA ANN SOLARZ
        on behalf of Creditor HomeBridge Financial Services  Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| CHARLES SEWELL | |
| Debtor | Bankruptcy No. 17-15361-MDC |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

February 28, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
ERIK B JENSEN, ESQ.
JENSEN BAGNATO, P.C.
1500 WALNUT ST., STE 1920
PHILA, PA 19102-

Debtor:
CHARLES SEWELL
4104 SOPHIA LANE
BOOTHWYN, PA 19061